1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  ERICA BLACHMAN HITCHINGS (MABN 669825)
   Assistant United States Attorney
4        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
5        Telephone: (415) 436-7015
         FAX: (415) 436-6927
6        erica.hitchings@usdoj.gov

7  Attorneys for the United States of America

**FILED**

SEP 03 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA ex          )   CASE NO. C 12-06526 JSC
    rel and Plaintiff STEPHEN DENIGRIS, M.D.,  )
13                                       )   UNITED STATES' NOTICE OF ELECTION TO
                   Plaintiffs,           )   DECLINE INTERVENTION; [PROPOSED]
                                         )   ORDER TO UNSEAL
14  v.                                   )
                                         )   **FILED UNDER SEAL**
15  SUTTER HEALTH, NORTH BAY             )
    REGIONAL SURGERY CENTER, LLC AND )
16  DOES 1-50,                           )
                                         )
17                 Defendant.            )
                                         )
18  _____)

19      Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court

20  of its decision not to intervene in this action.

21      Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C.

22  § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing,

23  however, that the "action may be dismissed only if the court and the Attorney General give written

24  consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for

25

26  the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a

27  hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*,

28

59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994).

Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. *See* 31 U.S.C. § 3730(c)(2),(3). The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the Court unseal: (1) Relator's Complaint; (2) the summons; (3) the scheduling order; (4) this Notice of Election to Decline Intervention, with (Proposed) Order to Unseal; and (5) all other matters occurring in this action after the date the Court enters the unsealing order. The United States requests that all other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for extensions of the investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter) remain under seal and not be made public or served upon Defendant.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: August **25**, 2015           By: *Erica Blachman Hitchings*
                                      ERICA BLACHMAN HITCHINGS
                                      Assistant United States Attorney

                                      Attorneys for the United States

1    [PROPOSED] ORDER TO UNSEAL

2        The United States, having declined to intervene in this action pursuant to the Federal False

3  Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

4

5  IT IS HEREBY ORDERED that,

6        1. The Relator's Complaint, the summons, the scheduling order, this Order, and the

7  accompanying U.S. Notice of Election to Decline Intervention are hereby unsealed.

8        2. The relator shall serve the Complaint upon the defendants.

9        3. Any applications and/or declarations that have been filed under seal by the United States for

10  an extension of the sixty-day investigative period or for any other reason shall remain under seal and not

11  be made public or served upon the defendants.

12        4.  The seal shall be lifted as to all other matters occurring in this action after the date of this

13  Order.

14        5. The parties shall serve all pleadings and motions filed in this action, including supporting

15  memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may

16  order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

17        6. The parties shall serve all notices of appeal upon the United States.

18        7. All orders of this Court shall be sent to the United States.

19        8. Should the relator or the defendant(s) propose that this action be dismissed, settled, or

20  otherwise discontinued, the Court will provide the United States with notice and an opportunity to be

21  heard before ruling or granting its approval.

22            IT IS SO ORDERED.

23            IT IS SO ORDERED.

24  Dated: _____9-1-15_____

25                                    JACQUELINE SCOTT CORLEY
                                      United States Magistrate Judge

26

27

28

U.S. NOTICE OF ELECTION TO DECLINE INTERVENTION; C 12-06526 JSC