UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH, et al.,<br><br>Defendants. | Case No. 12-cv-06526-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DIRECTING PLAINTIFF TO SERVE DEFENDANT** |

This qui tam lawsuit was initiated in December 2012. The case remained stayed and under seal until the United States declined to intervene in September 2015. The Court has reviewed Plaintiff's case management conference statement. (Dkt. No. 18.) Plaintiff represents that although Defendants have not been served, the parties have been engaged in active settlement negotiations and he requests that the case management conference be continued for 60 days.

Accordingly, the case management conference is continued from December 10, 2015 to **February 11, 2015 at 1:30 p.m.** In the meantime, as Plaintiff represented in his Statement, he shall serve Defendants forthwith.

**IT IS SO ORDERED.**

Dated: December 7, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge